# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 2, 2013

### NO. 03-12-00748-CV

**Michael Patrick Jacobs, Sr., and Charlotte Jacobs,**
**individually and as Next Friends of J.K. and Z.J., minors, Appellants**

**v.**

**Taser International, Inc., Appellee**

### APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
### DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE FIELD

**THIS DAY** came on to be submitted to this Court appellants' motion to dismiss the appeal in the above cause, and the Court having fully considered said motion, and being of the opinion that same should be granted: **IT IS THEREFORE** considered, adjudged and ordered that said motion is granted, and that the appeal is dismissed. It is **FURTHER** ordered that the appellants pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.